THE BERG LAW GROUP
IRVING L. BERG (SBN 36273)
433 Town Center, PMB 943
Corte Madera, CA 94925
(415) 924-0742
(415) 891-8208 (Fax)

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROL GUEVARRA, individually and on behalf of all others similarly situated,<br><br>             Plaintiff,<br><br>v.<br><br>UNITED COLLECTION BUREAU, INC.,<br><br>             Defendant.<br>_____/ | Case No.: C 06 - 0117 PJH<br><br>**NOTICE OF DISMISSAL WITH PREJUDICE** ; AND ORDER |

TO:     THE CLERK OF THE COURT

    PLEASE TAKE NOTICE that the Plaintiff hereby dismisses this case, with prejudice, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.  No class has been certified in this case, and therefore Rule 23(e) of the Federal Rules of civil Procedure does not apply.  Further, the defendant has not served an answer or motion for summary judgment, and therefore, dismissal does not require a court order.

DATED March 5, 2006                        BY: /s/ Irving L. Berg
                                                                    IRVING L. BERG
                                                                    Attorney for Plaintiff

IT IS SO ORDERED
Judge Phyllis J. Hamilton

NOTICE OF DISMISSAL